```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                            11/2/2020

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY: ___JB___ DEPUTY
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:20-cr-00539-JAK |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |
| OSCAR JEFFERSON, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2018, and continuing through at least May, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant OSCAR JEFFERSON, and others conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant JEFFERSON and his co-conspirators would set up a sham business that purported to provide medical services, but in fact existed only to charge

bank-issued credit accounts of victims of identity theft. Defendant JEFFERSON would establish a Bank of America account for this sham business to collect the fraudulent charges on the credit accounts of victims. Defendant JEFFERSON would also apply through Bank of the West for a CARES Act loan for the sham business, falsely stating that it was a real business with many employees. As a result of this conspiracy, federally-insured financial institutions including Bank of America, Bank of the West, and Synchrony Bank were defrauded out of at least $767,491.

## COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before 2018, and continuing through at least May, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant OSCAR JEFFERSON, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the name of victim A.L., which defendant used to apply for a business credit card on or about September 24, 2019, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section